LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 13-00214 BRO (SPx)** | | Date | June 10, 2014 |
|---|---|---|---|---|
| Title | **TIMOTHY PAVLOFF v. ASHLEY DISTRIBUTION SERVICES LTD, ET AL.** | | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

   Pending before the Court is Defendant Ashley Distribution Services LTD's motion for summary judgment.  (Dkt. No. 36.)  When Ashley Distribution filed its motion, it set the hearing date for June 30, 2014.  (*See id.*)  Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Ashley Distribution's motion was due no later than June 9, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Ashely Distribution's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Friday, June 13, 2014, at 4:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendant's motion.

   **IT IS SO ORDERED.**                                                                          :

                                                                    Initials of Preparer              rf