1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PAVLOFF, an individual,<br><br>    Plaintiff,<br>vs.<br><br>ASHLEY DISTRIBUTION SERVICES, LTD., business of an unknown form; ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; and DOES 1 through 50,<br><br>    Defendants. | Case No. ED CV 13-00214-BRO (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## **ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  November 10, 2014            _____

                                                       HONORABLE BEVERLY REID O'CONNELL
                                                       UNITED STATES DISTRICT COURT JUDGE